**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| WCII 1, LLC | CIVIL ACTION NO. 25-0600 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| SARKOZI ACQUISITION VEHICLE, LLC, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## <u>JUDGMENT</u>

The Magistrate Judge issued a well-reasoned Report and Recommendation ("R&R") that granted the plaintiff's motion for default judgment. Record Document 22. Although the defendant did not object, the plaintiff has objected to one section of the R&R that found it had abandoned one of its claims for declaratory relief. Record Document 23. In its complaint, the plaintiff sought a declaratory judgment that held a valid mortgage lien with priority over the defendant's property in Caddo Parish. Record Document 1. The plaintiff did not ask for this relief in its motion for default judgment, and the Magistrate Judge correctly determined that it had abandoned that claim for purposes of the pending complaint. Record Document 22 at 5. Nevertheless, as the plaintiff has requested, the undersigned amends the R&R to make clear that this judgment should not be construed as prejudicing or otherwise impairing whatever interest the plaintiff might have in the mortgage lien. *See* Record Document 23 at 4.

The Court has reviewed de novo the Motion for Default Judgment, Record Document 16, the Report and Recommendation, Record Document 22, and the

plaintiff's objection, Record Document 23, concurs with the findings of the Magistrate Judge, and **ADOPTS** the Report and Recommendation and the reasons articulated therein.

Considering the foregoing,

**IT IS ORDERED** that the plaintiff's Motion for Default Judgment, Record Document 16, against defendants Sarkozi Acquisition Vehicle, LLC and BNR Production Partners, LLC is **GRANTED** as modified herein and that judgment be entered in favor of WCII 1, LLC and against Sarkozi Acquisition Vehicle, LLC and BNR Production Partners, LLC, in solido, for the amount of $503,275.63 due on the Note, including interest, as of February 6, 2026, plus interest accruing thereafter at a rate of twenty-four percent (24%) per annum, together with an award of reasonable attorney's fees and costs totaling $17,856.19.

**IT IS FURTHER ORDERED** that plaintiff WCII 1, LLC's claim for declaratory judgment is **DISMISSED WITHOUT PREJUDICE**. This order shall not be construed as prejudicing or otherwise impairing whatever interest the plaintiff might have in the mortgage lien identified in its complaint as Instrument No. 2919137 in the records of Caddo Parish.

**DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of July, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE